Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
7827 Westminster Boulevard
Westminster, California 92683
(714) 901-1222
(714) 901-1220 (F)
simaaghai@msn.com

Attorney for Plaintiff  DAPHNE S. LIPTON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAPHNE S. LIPTON ) | CASE NO.   14-CV-01433 ~~JSC~~ RS |
| ) | |
| Plaintiff, ) | ORDER ON STIPULATION TO |
| ) | EXTEND DATES IN THE COURT'S |
| v. ) | PROCEDURAL ORDER FOR |
| ) | SOCIAL SECURITY REVIEW |
| CAROLYN COLVIN, ) | ACTIONS |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant ) | |

Pursuant to the concurrently filed Stipulation, the parties' request for an extension of time is granted.  Plaintiff shall file the motion for summary judgment or remand, on or before September 12, 2014.

IS SO ORDERED.

DATED: __8/12_____, 2014

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Order on Stipulation to Extend Dates